UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SA CV 25-01491-KK (SK)                              Date: September 30, 2025

Title   Randy Dewayne Pittman v. Federal Bureau of Prisons et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

     On July 30, 2025, the Court authorized plaintiff to serve his complaint on defendants Federal Bureau of Prisons, William K. Marshall, III (in his official capacity), and Melissa Rios-Marques and E. Ricolcol (in their individual and official capacities) with the assistance of the United States Marshals Service. (ECF 12). To that end, plaintiff had until August 29, 2025 to complete and submit separate USM-285 forms for each defendant to be served by the Marshals Service. (*Id*. at 3). Plaintiff was advised that failure to send the completed forms to the Clerk of the Court August 29, 2025 may result in the dismissal of the action for failure to prosecute. (*Id*.). As of this order, however, the Court has received none of the required USM-285 forms, nor has plaintiff sought an extension of time to submit those forms after the August 29 deadline.

     Therefore, plaintiff is ORDERED TO SHOW CAUSE by **October 14, 2025**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this order by dismissing this case without prejudice using the attached notice of voluntary dismissal (Form CV-09x). Alternatively, if he intends to prosecute this action, he may discharge this order by sending complete and accurate USM-285 forms. As a courtesy, another copy of the previously provided forms (along with instructions for completing them) are attached to this order. Failure to send the completed USM-285 forms, to file a notice of voluntary dismissal, or to otherwise timely respond to this order may lead to involuntary dismissal of this action for failure to prosecute and obey court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

     IT IS SO ORDERED.