**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY DEWAYNE PITTMAN,<br>Plaintiff,<br>v.<br>FEDERAL BUREAU OF PRISONS et al.,<br>Respondents. | Case No. 5:25-cv-01491-SK<br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that the action is dismissed without prejudice.

DATED: September 4, 2026

Steve Kim

STEVE KIM
United States Magistrate Judge